IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Raymond L. Dennard,                                        Case No. 1:17CV1773

    Petitioner

    v.                                                **ORDER**

James Haviland, Warden,

    Respondent

This is a state prisoner's habeas corpus case under 28 U.S.C. § 2254.

Pending is Magistrate Judge Greenberg's Report and Recommendation, which recommends that I deny the petition. (Doc. 22).

The Magistrate Judge notified the parties that any objections to the R&R were due within fourteen days after the filing of his R&R, which occurred on February 15, 2019. Because the petitioner did not file an objection, he forfeited his right to de novo review of the R&R. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). I need only "satisfy [myself] that there is no clear error on the face of the record in order to accept the recommendation." *Bogan v. Morgan*, 2012 WL 3776514, *1 (N.D. Ohio 2012) (Gaughan, J.).

Having reviewed the Magistrate Judge's thorough analysis of the three grounds for relief in the petition, I am satisfied that the R&R properly disposes of this case.

It is, therefore,

ORDERED THAT:

1.    The Magistrate Judge's Report and Recommendation (Doc. 22) be, and the same hereby is, adopted as the order of the court.

2. The petition for a writ of habeas corpus (Doc. 1) be, and the same hereby is, denied.

3. No certificate of appealability will issue.

So ordered.

/s/ James G. Carr
Sr. U.S. District Judge